```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

LESLIE BERRYHILL, A MINOR,
BY AND THROUGH LISA BERRYHILL,
HER NATURAL MOTHER AND NEXT FRIEND;
ROBERT BERRYHILL, INDIVIDUALLY; AND
LISA BERRYHILL, INDIVIDUALLY                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:03CV1293BN

THE CITY OF JACKSON, MISSISSIPPI;
ROBERT MOORE, INDIVIDUALLY, AND IN
HIS OFFICIAL CAPACITY AS DULY
COMMISSIONED AND APPOINTED POLICE
CHIEF OF THE CITY OF JACKSON,
MISSISSIPPI; WES FLYNT, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS A DULY
COMMISSIONED POLICY OFFICER OF THE
CITY OF JACKSON, MISSISSIPPI; JOHN
AND JANE DOES 1-3, INDIVIDUALLY, AND
IN THEIR OFFICIAL CAPACITY AS DULY
COMMISSIONED POLICY OFFICERS
AND/OR EMPLOYEES OF THE CITY OF
JACKSON, MISSISSIPPI                                  DEFENDANTS


                       **FINAL JUDGMENT**


     In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinions and Orders entered on January 24, 2005, and on February 10, 2005, both of which addressed Defendants' Motion for Summary Judgment, this case is hereby finally dismissed.  Claims one through four of Plaintiffs' Complaint are

dismissed with prejudice.  Claims five through eight of Plaintiffs' Complaint are dismissed without prejudice.

    SO ORDERED, this the 11th day of February, 2005.


                                            s/ William H. Barbour. Jr.
                                            UNITED STATES DISTRICT JUDGE

tct